UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACOB M. CRISP,

    Defendant.

Case No. 2:15-cr-221

CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

## ORDER

On October 5, 2015, the Magistrate Judge issued a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that the Court accept Defendant Jacob Crisp's ("Crisp") guilty plea to Count One of the Information (the "Information"; ECF No. 24) charging him with counterfeiting an obligation of the United States, in violation of 18 U.S.C. § 471 (the "Report and Recommendation"; ECF No. 41). Crisp, represented by counsel, waived his right to appear on the matter before a District Judge. The Magistrate Judge conducted the colloquy required by Federal Rule of Criminal Procedure 11. Crisp's plea was knowing, voluntary, free from coercion, and had a basis in fact.

The parties were specifically informed of their right to contest the Report and Recommendation by filing an objection within fourteen (14) days of its issuance. (ECF No. 41, at p. 3). No objections have been filed.

Accordingly, the Court **ADOPTS** the Report and Recommendation and **ACCEPTS** Crisp's plea of guilty to Count One of the Information. Crisp is hereby adjudged guilty of counterfeiting an obligation of the United States. In accordance with S.D. Ohio Crim. R. 32.1, a

written presentence investigation report will be prepared by the United States Probation Office. Crisp will be asked to provide information and defense counsel may be present. Objections to the presentence report must be made in accordance with the rules of this Court.

**IT IS SO ORDERED.**

10-30-2015
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE